497 A.2d 608

**COMMONWEALTH of Pennsylvania**

**v.**

**Bernard M. KARASH, Jr., Petitioner.**

Supreme Court of Pennsylvania.

Aug. 26, 1985.

348

Petition for Allowance of Appeal GRANTED, No. 119 E.D. Appeal Docket 1985.